# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN RE: APPOINTMENT OF A RECEIVER FOR THE CHESTER UPLAND SCHOOL DISTRICT

PETITION OF: DEPARTMENT OF EDUCATION AND THE SECRETARY OF EDUCATION PEDRO A. RIVERA

: No. 666 MAL 2018
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:

IN RE: APPOINTMENT OF A RECEIVER FOR THE CHESTER UPLAND SCHOOL DISTRICT

PETITION OF: DEPARTMENT OF EDUCATION AND THE SECRETARY OF EDUCATION PEDRO A. RIVERA

: No. 667 MAL 2018
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:

IN RE: APPOINTMENT OF A RECEIVER FOR THE CHESTER UPLAND SCHOOL DISTRICT

PETITION OF: DEPARTMENT OF EDUCATION AND THE SECRETARY OF EDUCATION PEDRO A. RIVERA

: No. 668 MAL 2018
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:

IN RE: APPOINTMENT OF A RECEIVER FOR THE CHESTER UPLAND SCHOOL DISTRICT

PETITION OF: DEPARTMENT OF EDUCATION AND THE SECRETARY OF EDUCATION PEDRO A. RIVERA

: No. 669 MAL 2018
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:

IN RE: APPOINTMENT OF A RECEIVER FOR THE CHESTER UPLAND SCHOOL DISTRICT

: No. 670 MAL 2018
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:

| | | |
|---|---|---|
| PETITION OF: DEPARTMENT OF EDUCATION AND THE SECRETARY OF EDUCATION PEDRO A. RIVERA | : : : | |
| IN RE: APPOINTMENT OF A RECEIVER FOR THE CHESTER UPLAND SCHOOL DISTRICT | : : : : : : | No. 671 MAL 2018<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF: DEPARTMENT OF EDUCATION AND THE SECRETARY OF EDUCATION PEDRO A. RIVERA | : : : : | |
| IN RE: APPOINTMENT OF A RECEIVER FOR THE CHESTER UPLAND SCHOOL DISTRICT | : : : : : : | No. 672 MAL 2018<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF: DEPARTMENT OF EDUCATION AND THE SECRETARY OF EDUCATION PEDRO A. RIVERA | : : : : | |
| IN RE: APPOINTMENT OF A RECEIVER FOR THE CHESTER UPLAND SCHOOL DISTRICT | : : : : : : | No. 673 MAL 2018<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF: DEPARTMENT OF EDUCATION AND THE SECRETARY OF EDUCATION PEDRO A. RIVERA | : : : : | |
| IN RE: APPOINTMENT OF A RECEIVER FOR THE CHESTER UPLAND SCHOOL DISTRICT | : : : : : : | No. 674 MAL 2018<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| PETITION OF: DEPARTMENT OF EDUCATION AND THE SECRETARY OF EDUCATION PEDRO A. RIVERA | : : : : | |
| IN RE: APPOINTMENT OF A RECEIVER FOR THE CHESTER UPLAND SCHOOL DISTRICT | : : : : : : : | No. 675 MAL 2018<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |

PETITION OF: DEPARTMENT OF : 
EDUCATION AND THE SECRETARY OF : 
EDUCATION PEDRO A. RIVERA

## ORDER

**PER CURIAM**

     **AND NOW**, this 20th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.

[666 MAL 2018, 667 MAL 2018, 668 MAL 2018, 669 MAL 2018, 670 MAL 2018, 671 MAL 2018, 672 MAL 2018, 673 MAL 2018, 674 MAL 2018 and 675 MAL 2018] - 3